IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Beal, Brigitte | Case Number: 08 B 20995 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 03/24/09 | Filed: 8/11/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: February 3, 2009
Confirmed:  November 18, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,058.50 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 988.63 |
| Trustee Fee: |  | 69.87 |
| Other Funds: |  | 0.00 |
| Totals: | 1,058.50 | 1,058.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,794.00 | 988.63 |
| 2. | Nuvell Credit Company LLC | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 103.50 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 99.40 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 65.64 | 0.00 |
| 6. | PRA Receivables Management | Unsecured | 22.22 | 0.00 |
| 7. | AT&T | Unsecured | | No Claim Filed |
| 8. | ANC Communication Services | Unsecured | | No Claim Filed |
| 9. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 10. | Account Recovery Service | Unsecured | | No Claim Filed |
| 11. | Alliance One | Unsecured | | No Claim Filed |
| 12. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 13. | Dept Of Human Services | Unsecured | | No Claim Filed |
| 14. | Emergency Room Care Providers | Unsecured | | No Claim Filed |
| 15. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 16. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 17. | North Side Community Fed. Credit Union | Unsecured | | No Claim Filed |
| 18. | Medical Collections | Unsecured | | No Claim Filed |
| 19. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 20. | University of Chicago | Unsecured | | No Claim Filed |
| 21. | Suburban Emergency Physician | Unsecured | | No Claim Filed |
| 22. | Ingalls Home Care | Unsecured | | No Claim Filed |
| | | | $ 4,084.76 | $ 988.63 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Beal, Brigitte

Printed: 03/24/09

Case Number: 08 B 20995
Judge: Goldgar, A. Benjamin
Filed: 8/11/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 69.87 |
|  | $ 69.87 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: